UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7249**

| | |
|---|---|
| SHARON DOOLEY, ) | |
| ) | |
| Plaintiff, ) | No: |
| ) | |
| vs. ) | |
| ) | |
| ABBOTT LABORATORIES, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

**JUDGE KENDALL**
**MAGISTRATE JUDGE KEYS**

COMPLAINT
AS AND FOR A FIRST CAUSE OF ACTION
(DISCRIMINATION UNDER THE AMERICANS WITH DISABILITIES ACT)

NATURE OF ACTION

1. This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 and the Illinois Human Rights Act, to correct unlawful employment practices on the basis of disability (handicap) and to make whole SHARON DOOLEY ("DOOLEY"). Defendant, ABBOTT LABROTORIES ("ABBOTT") discriminated against DOOLEY, a qualified individual with a handicap, because of her disability

JURISDICTION AND VENUE

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C.A. & & 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.A. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C.A. § § 2000e-5 (f)(1) and (3), and pursuant to Section 102

harmed in that DOOLEY has suffered in her position, her work environment had become impaired and her work performance was impaired. As a further proximate result of ABBOTT's unlawful and intentional discriminatory actions against DOOLEY, as alleged above, DOOLEY has been harmed in that DOOLEY has suffered lost income, emotional pain, humiliation, mental anguish, loss of enjoyment of life, and emotional distress. As a result of such discrimination and consequent harm, DOOLEY has suffered such damages in an amount according to proof.

12. DOOLEY has no adequate remedy at law to secure relief. If this court does not enter an order for ABBOTT to reinstate DOOLEY and thereafter accommodate her, DOOLEY will be irreparably injured.

13. DOOLEY filed a discrimination charge against the Equal Employment Opportunity Commission (EEOC) and thereafter issued a Right to Sue letter which is dated May 10, 2007 (See Exhibit "A"). This charge has timely filed with the Northern District of Illinois.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff prays that the court order such relief as is necessary to make the plaintiff whole, including:

1. Reinstatement or, alternatively, front pay;

2. Damages, including loss of pay and benefits;

3. Statutory liquidated damages due to the defendant's willful conduct;

4. Attorneys' fees and costs incurred in this action

5. Such other relief as is just and equitable.

6. The plaintiff requests a jury trial of this action.

## AS AND FOR THE SECOND CAUSE OF ACTION
## AGE DISCRIMINATION IN VIOLATION TO THE ADEA

14. Plaintiff realleges paragraph 4 through 8 herein and make a part thereof.

### JURISDICTION AND VENUE

15. Plaintiff brings this action for benefits under the Age Discrimination in Employment Act of 1967 (hereinafter sometimes referred to as the ADEA), 29 U.S.C. § 621-634, under the specific provisions of the Age Discrimination in Employment Act, viz. 29 U.S.C. § 626(c).

16. Jurisdiction of this action is conferred upon the Court by Section 7(b) of the Age Discrimination in Employment Act, (29 U.S.C. § 626 (b) and Venue 28 U.S.C. § 1331.

17 The employment practices hereafter alleged to be unlawful were and are now being committed in the Northern District of Illinois, Eastern Division.

### FACTUAL BASIS

18. Continuously ABBOTT discriminated against DOOLEY because of her age and treated her differently than younger non-protected employees of ABBOTT. Further, ABBOTT discharged, terminated, and otherwise discriminated against plaintiff because of her age (DOB 04/06/64).

20. Plaintiff protested her unlawful termination and filed charges of the discrimination herein alleged with the Equal Employment Opportunity Commission as set forth above.

21. ABBOTT's' violation of the Age Discrimination Act of 1967 and has proximately caused the DOOLEY to suffer damages.

22. ABBOTT's' violation of Plaintiffs' rights were willful.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. Declare the conduct engaged in by ABBOTT to be in violation of Plaintiff's rights;

2. For injunctive relief, including but not limited to relief required to make Plaintiff whole for the losses caused by the violations of ABBOTT;

3. For compensatory damages in an amount according to proof;

4. For costs of suit, including reasonable attorney's fees and expert fees, pursuant to 42 U.S.C.A § 12117(a), which incorporates the remedies set forth in Title VII of the Civil Rights Act of 1964, Title 42 U.S.C.A. § 2000e-5(k); and

5. For such other and further relief as the court deems proper.

## AS AND FOR A THIRD CAUSE OF ACTION
## RETALIATION

23. DOOLEY realleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

24. ABBOTT did intentionally retaliate against DOOLEY, based upon filing of requests for accommodations in or about September 2004, wherein, based upon her persistence to acquire accommodations, ABBOTT's agents created a hostile and offensive work environment, all in violation of Title VII of the Civil Rights Act of 1964, , as amended by, inter alia the Civil Rights Act of 1991, 42 U.S.C. Section 2000-e et seq.

25. By reason of the retaliation of ABBOTT, DOOLEY has suffered a loss of earnings and benefits, in addition to suffering great pain, humiliation and mental anguish, all to her damage.

26. Further, said action on the part of the ABBOTT was done with malice and reckless disregard for DOOLEY's protected rights.

### PRAYER FOR RELIEF

WHEREFORE, DOOLEY prays for judgment as follows:

1. Declare the conduct engaged in by ABBOTT to be in violation of DOOLEY's rights;

2. For injunctive relief, including but not limited to relief required to make DOOLEY whole for the losses caused by the violations of ABBOTT;

3. For compensatory damages in an amount according to proof;

4. For punitive damages based upon the wrongful conduct of WALGEENS

5. For costs of suit, including reasonable attorney's fees and expert fees, pursuant to 42 U.S.C.A § 12117(a), which incorporates the remedies set forth in Title VII of the Civil Rights Act of 1964, Title 42 U.S.C.A. § 2000e-5(k); and

5. For such other and further relief as the court deems proper.

### AS AND FOR A FOURTH CAUSE OF ACTION
### TITLE VII-RETALIATION

27. DOOLEY realleges each and every allegation set forth above with the same force and effect as if more fully set forth herein.

28. The ABBOTT and its agents have intentionally retaliated against DOOLEY, based upon filing of a an EEOC complaint on March 16, 2007, wherein ABBOTT agents created a hostile and offensive work environment, all in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-e et seq, as amended by, inter alia the Civil Rights Act of 1991.

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| **To:** Sharon Dooley<br>14 Bedford Road<br>Mundelein, IL 60060 | **From:** Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

**CERTIFIED MAIL** 7099 3400 0018 8815 6094

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-03790 | Karoline Szadkowska,<br>Investigator | (312) 886-1681 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

John P. Rowe,
District Director

10/22/07
(Date Mailed)

cc:  **ABBOTT LABORATORIES**

*Exhibit A*

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2007-03790 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Sharon Dooley | (224) 588-2960 | 04-06-1964 |

Street Address: 14 Bedford Road, Mundelein, IL 60060

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ABBOTT LABORATORIES | 201 - 500 | (847) 937-6100 |

Street Address: 200 Abbott Park Road, Abbott Park, IL 60064

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [X] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-01-2004    Latest: 02-12-2007

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about January 5, 1995. My most recent position was Private Fleet and Facility EHS Administrator. In or around September 2004, I requested an accommodation for my disability. Since that time I made numerous complaints. My accommodation request was acknowledged on or about November 15, 2006. In or around January 2007 I was told the Private Fleet I worked with was being eliminated. On or about February 12, 2007, I was discharged while younger employees were retained.

I believe I have been discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990. I believe I have been discriminated against based on my age, 43, in violation of the Age of Discrimination in Employment Act of 1967, as amended. Also, I believe I have been retaliated against based on making protected complaints, in violation of the Americans with Disabilities Act of 1990.

*Received EEOC*
*MAR 16 2007*
*Chicago District Office*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 16, 2007    /s/ Sharon A. Dooley
Date             Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161-B (3/98)

**U.S. Equal Employment Opportunity Commission**

## Notice of Right to Sue (Issued on Request)

| | |
|---|---|
| To: **Sharon Dooley**<br>14 Bedford Road<br>Mundelein, IL 60060 | From: **Chicago District Office**<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

**CERTIFIED MAIL  7099 3400 0018 8815 6070**

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-05046 | **Karoline Szadkowska,** Investigator | (312) 886-1681 |

*(See also the additional information enclosed with this form.)*

**Notice to the Person Aggrieved:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe* (signed)  10/22/07

John P. Rowe,
District Director

(Date Mailed)

Enclosures(s)

cc: **ABBOTT LABORATORIES**

*Exhibit B*

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2007-05046 |
|---|---|---|

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) **Ms. Sharon Dooley** | Home Phone (Incl. Area Code) **(224) 588-2960** | Date of Birth **04-06-1964** |
|---|---|---|

Street Address: **14 Bedford Road, Mundelein, IL 60060**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name **ABBOTT LABORATORIES** | No. Employees, Members **500 or More** | Phone No. (Include Area Code) **(847) 937-9361** |
|---|---|---|

Street Address: **Dept. 033c, Bldg. Ap6a-1, 100 Abbot Park Road, Abbott Park, IL 60064**

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **03-06-2007**   Latest: **04-13-2007**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about January 5, 1995. My most recent position was Private Fleet and Facility EHS Administrator. During my employment I made numerous complaints. On or about February 12, 2007, I was discharged. On or about March 16, 2007, I filed an EEOC charge # 440-2007-03790. Since in or around March 2007 I have applied for positions with Respondent. Respondent refuses to hire me.

I believe I have been discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990. I believe I have been discriminated against based on my age, 43 (D.O.B 04/06/1964), in violation of the Age of Discrimination in Employment Act of 1967, as amended. Also, I believe I have been retaliated against for protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Americans with Disabilities Act of 1990.

RECEIVED EEOC
MAY 29 2007
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

5/15/07   *Sharon L. Dooley*
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)