**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: **07 C 7249**

SHARON DOOLEY

V.

ABBOTT LABORATORIES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHAROON DOOLEY

**JUDGE KENDALL**
**MAGISTRATE JUDGE KEYS**

| | |
|---|---|
| NAME (Type or print) | *[signature]* |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM  Law Offices of Michael T. Smith | |
| STREET ADDRESS  440 W. Irving Park Road | |
| CITY/STATE/ZIP  Roselle, Illinois 60172 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6180407 | TELEPHONE NUMBER  847-895-0626 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |