## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Sharon Dooley
                        Plaintiff,

v.                                          Case No.: 1:07−cv−07249
                                                            Honorable Virginia M. Kendall

Abbott Laboratories
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

      MINUTE entry before Judge Virginia M. Kendall : At the request of counsel, the 3/6/08 Initial Status hearing is stricken and reset for 3/27/2008 at 09:00 AM. Joint Status Report due by 3/24/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.