UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON DOOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.   07 CV 7249 |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| ABBOTT LABORATORIES, ) | Magistrate Judge Keys |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT INITIAL STATUS REPORT

Pursuant to this Court's order, the Plaintiff, Sharon Dooley, by her attorney, Michael T. Smith, and the Defendant, Abbott Laboratories, by its attorneys, Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd., submit the following Joint Initial Status Report:

**1.   Attorneys of Record**

A.   For Plaintiff

Michael T. Smith (trial attorney)
440 West Irving Park Road
Roselle, IL 60172

B.   For Defendants

David E. Morrison (trial attorney)
Jon E. Klinghoffer (trial attorney)
Ann H. Chen (trial attorney)
GOLDBERG KOHN BELL BLACK
 ROSENBLOOLM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

**2.   Jurisdictional Basis**

This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331.

3. **Nature of Claims**

Plaintiff has stated actions under the American with Disabilities Act (ADA), Age Discrimination in Employment Act (ADEA) and retaliation for requesting of accommodations. These actions all arising from her employment with the Defendant.

Defendant denies Plaintiff's claims and asserts that Plaintiff was terminated for legitimate, non-discriminatory reasons. Defendant has not brought any counterclaims in this action.

4. **All parties have been served.**

5. **Principal Legal Issues**

   **PLAINTFF'S LEGAL ISSUES:**

   a. Plaintiff was employed by Defendant;
   b. Plaintiff was 43-years-old at the time termination or layoff;
   c. Plaintiff's position was filled by a younger person not in a protected class;
   d. Defendant is an employer covered by ADEA;
   e. Plaintiff's employment was terminated in January of 2007.
   f. Plaintiff's Americans with Disability Act Claims (ADA);
   g. Medical condition of Plaintiff qualified her for accommodations;
   h. Plaintiff was retaliation under her legal rights to request accommodations.

   **DEFENDANT'S LEGAL ISSUES:**

   a. Whether Plaintiff has stated a prima facie case of age discrimination, disability discrimination, or retaliation;
   b. Whether Defendant undertook good faith efforts to comply with the anti-discrimination laws, thus barring Plaintiff's claim for punitive and/or liquidated damages;
   c. Concerning her retaliation claims, whether Plaintiff had a reasonable belief that Abbott engaged in conduct that was unlawful; and
   d. Whether Plaintiff has failed to mitigate her damages.

6. **Principal Factual Issues**

   See Section 5 above.

7. **The parties expect a jury trial unless Defendant files a summary judgment motion and prevails.**

**8.    Discovery**

The parties have not yet served 26(a)(1) disclosures (but will do so by April 4, 2008).  Plaintiff has not yet served discovery.  Defendant has served its First Request for Production from Plaintiff and First Set of Interrogatories to Plaintiff.  The parties expect that written discovery (interrogatories, requests for production of documents) and depositions will be necessary for each side.  Plaintiff proposed a discovery period of five or six months.  Defendant proposed a discovery period of four months.  Defendant also proposed that a deadline to file dispositive motions be set for 45 days after the close of discovery.

**9.    Earliest date the parties will be ready for trial:** 90 days after a ruling on any dispositive motions.  The parties anticipate a three-day trial.

**10.    At this time, the parties do not unanimously consent to proceed before a magistrate judge.**

**11.    Status of Settlement Discussions:**

The parties have discussed the possibility of settlement and have agreed to revisit the issue at a later time.  At this time, the parties do not request a settlement conference.

Respectfully submitted,

/s/ Michael T. Smith                             s/ Ann H. Chen
Michael T. Smith                                  David E. Morrison
440 West Irving Park Road                 Jon E. Klinghoffer
Roselle, IL 60172                                 Ann H. Chen
(847) 895-0626                                    GOLDBERG KOHN BELL BLACK
                                                              ROSENBLOOM & MORITZ, LTD.
                                                         55 E. Monroe Street
                                                         Suite 3300
                                                         Chicago, Illinois 60603
                                                         (312) 201-4000

Dated:  March 24, 2008

**CERTIFIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that she filed the foregoing **Joint Initial Status Report** on March 24, 2008 using the court's CM/ECF system, which electronically delivered copies to the following:

           Michael T. Smith, Esq.
           440 West Irving Park Road
           Roselle, IL 60172

           /s/ Ann H. Chen
           Ann H. Chen