UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Sharon Dooley
          Plaintiff,

v.                                                 Case No.: 1:07−cv−07249
                                                    Honorable Virginia M. Kendall

Abbott Laboratories
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Initial Status hearing held. Fact discovery ordered closed 8/25/2008. Expert discovery to close 10/6/2008. Dispositive motions with supporting memoranda due 11/3/2008; responses due 12/1/2008; replies due 12/15/2008. Jury trial set for 4/6/2009 at 9:15 AM. Status hearing set for 8/26/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.