**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sharon Dooley
                Plaintiff,

v.                                          Case No.: 1:07−cv−07249
                                                Honorable Virginia M. Kendall

Abbott Laboratories
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 8/26/2008. Defendant's attorney failed to appear. Plaintiff's oral motion for an extension of fact discovery cut−off date is granted. Fact discovery ordered closed by 9/17/2008. The parties are to file a two page position paper by 9/2/2008 regarding report on settlement possibilities. Status hearing set for 9/18/2008 at 9:00 AM.Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.