UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sharon Dooley
                Plaintiff,

v.                              Case No.: 1:07−cv−07249
                                        Honorable Virginia M. Kendall

Abbott Laboratories
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: The minute entry of 8/26/2008 [#14] is corrected as follows: Plaintiff fails to appear. Defendant's oral motion to extend fact discovery is granted. The order shall stand in all other respects.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.