**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHARON DOOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07-C-7249 |
| | ) | |
| ABBOTT LABORATORIES, | ) | Judge Virginia M. Kendall |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

## JOINT REPORT ON SETTLEMENT POSSIBILITIES

Sharon Dooley ("Plaintiff") and Abbott Laboratories ("Abbott") file this report on settlement possibilities in accordance with the Court's August 26, 2008 minute order.  For their report on settlement possibilities, the parties state as follows:

1.    Plaintiff has filed a four-count complaint alleging disability discrimination in violation of the Americans with Disabilities Act ("ADA"), age discrimination in violation of the Age Discrimination in Employment Act ("ADEA"), and retaliation in violation of Title VII of the Civil Rights Act of 1964 and the ADA.

2.    It is Abbott's position that all actions taken with respect to Plaintiff in her employment and termination from employment were in accordance with all applicable laws, including Title VII, the ADEA and the ADA.

3.    The parties have engaged in written discovery, the last of which is scheduled to be completed next week.  Additionally, Abbott has completed Plaintiff's deposition.

4.      Plaintiff has noticed Plaintiff's former supervisor's deposition, which is expected to be taken next week.

5.      On August 29, 2008, Plaintiff issued her first demand for settlement.

6.      The demand actually included two separate demands:  the first demand required a payment of a dollar amount and required that Plaintiff be reinstated to a position within Abbott, and the second demand was for a higher dollar amount, but did not include a demand for reinstatement.

7.      Neither demand is acceptable to Abbott.  Given the specifics of Plaintiff's demand and Abbott's position on the merits, Abbott does not believe that a settlement conference will be of assistance in the resolution of this case.

8.      Accordingly, at this time Abbott intends to file its dispositive motion on or before November 3, 2008.

Dated September 2, 2008

SHARON DOOLEY                          ABBOTT LABORATORIES


/s/ Michael T. Smith                          /s/ Jon E. Klinghoffer
Michael T. Smith                              Jon E. Klinghoffer
Law Offices of Michael T. Smith               Priya M. Bhatia
440 West Irving Park Road                     Goldberg Kohn Bell Black
Roselle, IL 60172                                 Rosenbloom & Moritz, Ltd.
(847) 895-0626                                Suite 3300
                                              55 E. Monroe Street
                                              Chicago, IL 60603
                                              (312) 201-4000