IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON DOOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-C-7249 |
| | ) | |
| ABBOTT LABORATORIES, | ) | Judge Virginia M. Kendall |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   Michael T. Smith
Law Offices of Michael T. Smith
440 West Irving Park Road
Roselle, IL 60172

     PLEASE TAKE NOTICE that on September 2, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Joint Report on Settlement Possibilities**, a copy of which is hereby served upon you.

Dated: September 2, 2008

                      Respectfully submitted,

                      ABBOTT LABORATORIES

                      By   /s/ Jon E. Klinghoffer
                          One of Its Attorneys

Jon E. Klinghoffer
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on September 2, 2008, he caused a copy of **Joint Report on Settlement Possibilities** to be served via the Court's ECF/electronic mailing system upon the following:

> Michael T. Smith
> Law Offices of Michael T. Smith
> 440 West Irving Park Road
> Roselle, IL 60172

/s/ Jon E. Klinghoffer
Jon E. Klinghoffer